☒ FILED   ☐ LODGED

**FEB 04 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

JIMETHA SCROGGINS c/o ADC043639
A.S.P.C.Eyman/Unit Meadows, 4-D-5-L
4374 East Butte Ave.
Florence, Arizona 85132

In the United States District Court
For the District of Arizona

| | |
|---|---|
| JIMETHA SCROGGINS<br>Plaintiff<br>v.<br>STATE OF ARIZONA<br>Defendant | CASE NO. CV-22-201-PHX-DLR (JFM)<br><br>Seizing a Person or Property<br><br>USCS Fed Rules Civ Proc R 64 |

COMES NOW the plaintiff motion the court issue the writ of Replevin; Execution and other corresponding or equivalent remedies for the following reasons:

1. On the 23rd day of March, 2021 the Honorable Robert Carter Olson gave the ORDER exonerating Bonds in both the Pinal County Superior Court, CR201102364 and the Maricopa County Superior Court, CR1988-007565.;
[See Exhibit 3].

2. The plaintiff issues the court copies of the certified copy of the UCC Financing Statements, who has a perfected claim and secured liened interest in the Property: JIMETHA SCROGGINS as

a petition to the court as standing and status. 11 USCS § 727, 11 USCS 523, 11 USCS § 552, 26 USCS § 7402, 11 USCS § 544 and 101. [See Exhibit 2].

3. Plaintiff issues the court the Promissory Note and Indemnity Bond to take jurisdiction, and as a request issue the United States Marshals Service for collection and execution. 28 USCS § 1921, 11 USCS § 502, 18 USCS § 3231, 28 USCS § 1257, 28 USCS § 1291, 28 USCS § 1335, 31 USCS § 3727, 12 USCS § 24, 18 USCS § 2314 - USCS Fed Rules Civ Proc R 14 [See Exhibit 3 and 4].

4. Plaintiff issues the court the affidavit for the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefore, etc., but plaintiff do issue promissory note in good faith as payment of court fees. 28 USCS § 1915 [See Exhibit 5].

Respectfully submitted this 04 day of February 2022.


_Jimetha Scroggins_
JIMETHA SCROGGINS -
Secured Party (Organization)

FILED
Rebecca Padilla
CLERK, SUPERIOR COURT
03/23/2021 1:48PM
BY: TPUENTES
DEPUTY



# IN THE SUPERIOR COURT
## PINAL COUNTY, STATE OF ARIZONA
Date: March 23, 2021

THE HONORABLE ROBERT CARTER OLSON

| | |
|---|---|
| *** IN RE THE MATTER OF: | S1100CR201102364 |
| STATE OF ARIZONA | |
| PLAINTIFF | OR RE: |
| AND | EXONERATION |
| JIMETHY SCROGGINS | |
| DEFENDANT | |

The Defendant having filed a *Motion of Order to Release*, which is unclear but seems to suggest that a bond has not been exonerated.

The Court **FINDS** that this action was dismissed on November 7, 2011, and there is no hold, conviction, sentence, or further action related to this matter.

**IT IS HEREBY ORDERED** that any bond previously posted, if any, is exonerated as to this case.

The record is unclear, but there may have been another case involving this Defendant in Maricopa County, CR1988-007565, and there may have been a bond posted in Maricopa County that was in some manner a surety as to both cases. To whatever extent that any bond remains in effect and has not been released due to this case, **IT IS FURTHER ORDERED** that any bond is hereby exonerated with respect to this case.

**IT IS FURTHER ORDERED** that a certified copy of this Order shall be provided to the Defendant at no charge by the Clerk of the Court.

**IT IS FURTHER ORDERED** vacating all future calendar dates and closing this file.

eSigned by Olson,Robert 03/23/2021 12:27:36 wgRgWOlc

Page 1 of 2





# STATE OF COLORADO
### DEPARTMENT OF STATE

### CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20192048947 consisting of 8 pages on record with the Secretary of State.

Certification Date:   December 03, 2020 11:32:36 AM

Certification ID #:   61820

*Jena Griswold*
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 06/06/2019 07:29:39 PM
Master ID: 20192048947
Validation Number: 20192048947
Amount: $8.00

## Debtor: (Organization)

Name: TIMOTHY DUANE EAGLETON TRUST
Address1: C/O BELL ROAD SUITE 318
Address2:
City: phoenix        State: CO        ZIP/Postal Code: 85023
Province:            Country: United States

Collateral is held in a Trust.

## Secured Party: (Organization)

Name: JIMETHA SCROGGINS; NON-ADVERSE;NON-BELLIGERENT-NON-COMBATANT FOUND
Address1: 1500 PENNSYLVANIA AVE
Address2:
City: WASHINGTON    State: DC        ZIP/Postal Code: 20220
Province:           Country: United States

## Collateral

**Description:**

TRUST in commercial chamber under necessity to secure the rights, titles interest and value there forms in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts and all the Pledges represented by same included but not limited to the pignus hypothera, hereditments,res, the energy and all products derived therefrom nonpronounce, contracts, agreements and signatures and or endorsements, pace smiles, printed, typed or photocopied of owner's name predicated on the 'straw-man',Enslegis/Trust/Estate described as the debtor and all property is accepted for value and is exempt from levy.

## Collateral

**Description:**

Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust entity itself. Trustee is bit surely to any account by explicit reservation/ indemnification. The following property is hereby registered and lien in the same: All Certificates of Birth Document 7A4A70G SSN/UCC Contract Trust Account- prepaid account Number: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; Exemption Identification Number:527393773 including the following property is accepted for Value, exempt from Levy and herewith registered in the commercial chamber: NOTICE AND DEMAND with accompanying AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, NOTICE OF FAULT AND OPPORTUNITY TO CURE NOTICE

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR** (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME |
|---|
| TIMOTHY DUANE EAGLETON TRUST |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| |

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16. Additional collateral description:**

of this filing is in accord with both public and national uniform Commerical Code Trustee/Secured Party, Jimetha:Scroggins, is living flesh and blood sojourning upon the sail of the land known as Arizona, and not within fictional boundaries territories not jurisdiction of any fictional entity including, fictional federal geometric plane(s) trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence and by ALL AGENTS and Corporations is unambiquously demanded adn requred. Culpa est immiscersedred ad se no pertient:A;; property currently held are outstanding belonging to the Trust administered by Trustee/secured Partty, Title 46USC31343 and article 1 and 5 of the International Convertion on Maritime Liens and Mortgages 1993< HEld at the Palis Des Nation, Geneva, From April 19 to May 5, 1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions throught the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law. Cardinal Orders.

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction
☐ Filed in connection with a Public-Finance Transaction

International Association of Commercial Administrators (IACA)

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 08/07/2021 09:10:54 PM
Master ID: 20172069031
Validation Number: 20212053878
Amount: $8.00

## Initial Financing Statement

File #: 20172069031     File Date: 07/24/2017 06:34:51 PM     Filing office: Secretary of State

This amendment is an assignment.

## Assignor (Individual)

Last name: Eagleton     First name: Timothy     Middle name: Duane     Suffix:
Address1: c/o 2150 E. Bell Rd #1059
Address2:
City: Phoenix     State: AZ     ZIP/Postal Code: 85022
Province:     Country: United States Minor Outlying Islands

## Collateral

This amendment adds collateral

Description:

The following property is accepted for value, exempt from levy and herewith registered in the Commercial Chamber and is Private Property (conveyance) of the Secured Party as Authorized Representative of the DEBTOR, Papers of Instruments; any/all Documents is now Public Record and is owned by Secured Party. Secured Party must be satisfied in full upon dishonor vic. Settlement Agreement via Certified Check and/or Certified Documents of Claim. Listed Documents: Motion to Deposit in Court, AFFIDAVIT OF NOTICE OF HEARING OF THE MOTION, Motion: Release Conditions, Motion to Quash, Affidavit of Claims, Affidavit of Proof of Claims. All documents are filed in Superior Court of Arizona, Maricopa County. Penal County under ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇2364

## Authorizing Party (Secured Party): (Individual)

Last name: Eagleton     First name: Timothy     Middle name: Duane     Suffix:
Address1: c/o 2150 E. Bell Rd #1059
Address2:
City: Phoenix     State: AZ     ZIP/Postal Code: 85022
Province:     Country: United States Minor Outlying Islands

**PROMISSORY NOTE**   Item No: PN-1951-001
issued to
PINAL COUNTY SUPERIOR COURT
(Expressed Trust)
A NON JUDICIAL PROCESS

Order Re: Bond Exoneration
Account No(s): CR1988-007565,
CR201102364

Date: 02-04-2022
Amount: $24,005,000 paid in lawful money - discharge of a debt
Issued at: twelve percent per annum until paid

FOR VALUE RECEIVED, the undersigned promises to pay to the order of Jimethe Scroggins ℅ the United States Marshals Service - District of Arizona, Twenty Four Million Five Thousand Dollars, at the place designated by the trustee the sum of $24,005,000 paid in lawful money until paid

The principal sum shall be payable upon demand of trustee and payment shall be made within Two (2) months/60 days after demand

If payment is not received within 60 days the principal sum shall bear interest at twelve percent per annum until paid

If the note is delinquent the holder hereof may take enforcement action at the discretion of trustee.

If legal fees accrued in the enforcement and collection of this not, such costs shall be paid by maker

_Jimetha Scroggins_  SEAL              _[signature]_
Exemption: 527393723                    Exempt: 281901463
Maker                                    Maker

CR1988-007565, CR201102364

# INDEMNITY BOND                     IB-1951-001
## A NON JUDICIAL PROCESS

KNOWN ALL MEN BY THESE PRESENTMENT that, PINAL COUNTY SUPERIOR COURT (Subordinates), P.O BOX 2730, FLORENCE, AZ 85132 obligor (hereinafter Surety), am held firmly bound unto the United States Marshals Service - District of Arizona in the amount of FORTY EIGHT MILLION TEN THOUSAND U.S. DOLLARS ($48,010,000) to be paid to the United States Marshals Service - District of Arizona to which payment I bind myself, my heirs, legatees, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the surety saves harmless and indemnifies the United States Marshals Service - District of Arizona from any debts, duties, liabilities, claims, obligations, costs, fees, liens, levies, fines, specific performance within limitation, derived from or related to the attached presentments presented to the Bond Agreement.

WHEREAS, the surety hereby saves harmless and indemnifies the United States Marshals Service - District of Arizona in the above-stated pursuant to the Indemnity Clause contained in the Bond Agreement, a copy of which is issued by written request from surety.

1.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the said abounded surety, heirs, legatees, executors, administrators, successors, or assigns, or any of them, shall well and truly indemnify and save harmless the United States Marshals Service - District of Arizona from any claims on account(s) of the attached presentments and interests thereon and from any and all losses which the United States Marshals Service - District of Arizona may sustain in consequence of such other claims and shall repay to the United States Marshals Service - District of Arizona may pay on the account(s) of the said presentments and interests thereon, with interests, administrative costs, penalties then and these obligations to be void, otherwise to be and remain in full force and effect.

SIGNED, SEALED and dated this 04 day of February, 2022 at Pinal County, Arizona State.

_Timetha Scroggins_
PINAL COUNTY SUPERIOR COURT
(Expressed Trust)

Pursuant to 28 USC 1746 (1)
I declare, certify and state under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.
Executed on this 4th day of February 2022

2.

## FINANCIAL DURABLE GENERAL POWER OF ATTORNEY

*Advisory Notice to Agent: ARS § 14-5506 governs the exercise of powers of attorney. Under that statute, an agent cannot receive ANY benefits from the principal unless those benefits are specifically identified in detail within this instrument or within a written contract. Otherwise, the agent could be subject to criminal prosecution or subject to the penalty provisions of ARS § 46-456, which authorizes the loss of the agent's right to inherit from the principal as well as payment of treble damages and attorneys' fees. An agent should carefully review these statutes or consult with a knowledgeable attorney prior to exercising the authority granted by this power of attorney.*

### ARTICLE ONE
### GRANT OF POWERS

I, the undersigned principal, _Jimetha Scroggins_ currently residing at _42810 W. Arizona Ave., Maricopa, Arizona 85138_, hereby appoint _JIMETHA SCROGGINS_, currently residing at _6437 East Butte Avenue, Florence, AZ 85132_, (hereinafter referred to as the "Agent"), as my attorney in fact, hereby granting the Agent full power and authority, as though the Agent were the absolute owner of my assets and liabilities, to perform those acts for me and in my name, place, and stead as expressly provided below as fully as I could perform if personally present and not disabled, incapacitated or incompetent.

**THIS POWER OF ATTORNEY SHALL BECOME EFFECTIVE AS OF THE DATE I SIGN THIS DOCUMENT AND SHALL NOT BE AFFECTED BY MY DISABILITY, INCAPACITY OR INCOMPETENCY OR BY LAPSE OF TIME.**

By placing my initials following the description of each selected power set forth below, and by causing the witness to place his or her initials below my initials for each selected power, the principal acknowledges that [s/he] has reviewed and expressly approved of the delegation hereunder of each selected power to my Agent):

**1.   Power to Buy and Sell.** To transfer, sell, purchase, lease, encumber, assign, exchange and convey, or exercise any option, election, privilege or power with respect to any or all property, real and personal, tangible and intangible, within or without the State of Arizona, as the Agent in his or her sole discretion determines, and to disclaim any interest in any property to which I would otherwise succeed.

Initials:    _J S_               _MDB_
             Principal            Witness

**2.   Power with Respect to Bank Accounts.** To establish accounts of all kinds, including, without limitation, checking and savings accounts, for me with financial institutions of any kind, including banks and other similar financial institutions; to modify, terminate, make deposits to or write checks on or make withdrawals from and grant security interests in all accounts in my name or with respect to which I am an authorized signatory (except any accounts held by me in a fiduciary capacity), whether or not such account was established by me or for me by the Agent, to negotiate, endorse or transfer any checks or other instruments with respect to any such accounts; and to contract for any services rendered by any

1

bank or financial institution.

        Initials:   __JS__              __MDB__
                         Principal             Witness

3. **Power with Respect to Safe Deposit Boxes.** To contract with any institution for the maintenance of a safe deposit box in my name; to have access to all safe deposit boxes in my name or with respect to which I am an authorized signatory, whether or not the contract for such safe deposit box was executed by me (either alone or jointly with others) or by the Agent in my name; to add to and remove from the contents of any such safe deposit box and to terminate any and all contracts for such boxes.

        Initials:   __JS__              __MDB__
                         Principal             Witness

4. **Power to Demand, Receive, Prosecute or Defend.** To ask, demand, sue for and receive all sums of money which are or shall become due, owing or payable to me, or which belong or shall belong to me, whether social security benefits, pension payments, individual retirement accounts, dividends, interests, annuities, debts, or any other receivables, and to use all lawful ways and means in my name for the recovery thereof, and to prosecute or defend actions, claims or proceedings in any jurisdiction. and to defend suits at law.

        Initials:   __JS__              __MDB__
                         Principal             Witness

5. **Brokerage Accounts.** With respect to any account with any brokerage firm: (a) to effect purchases and sales (including short sales), to subscribe for and to trade in stocks, bonds, options, or other securities, or limited partnership interests or investments and trust units, whether or not in negotiable form, issued or unissued, foreign exchange, commodities, and contracts relating to same (including commodity futures), on margin or otherwise, for my account(s) and risk; (b) to deliver to any third party securities for my account(s), and to instruct any third party to deliver securities from my account(s) to any other brokerage firm or to others, and in such name and form as the Agent may direct; (c) to instruct any third party to make payment of moneys from my account(s) with any third party, and to receive and direct payments therefrom payable to me or to others; (d) to sell, assign, endorse and transfer any stocks, bonds, options or other securities of any nature, at any time standing in my name and to execute any documents necessary to effectuate the foregoing; (e) to receive statements of transactions made for my account(s); (f) to approve and confirm the same, to receive any and all notices, calls for margin, or other demands with reference to my account(s); and (g) to make any and all agreements with any third party with reference thereto for me and on my behalf.

        Initials:   __JS__              __MDB__
                         Principal             Witness

6. **Employ Consultants.** To employ, compensate and terminate the services of financial, investment and legal advisors and consultants.

        Initials:   __JS__              __MDB__
                         Principal             Witness

7.      **Power with Respect to Insurance.** To purchase, maintain, surrender, collect or cancel (a) life insurance or annuities of any kind on my life or the life of any one in whom I have an insurable interest, (b) liability insurance protecting me and my estate against third party claims, (c) hospital insurance, medical insurance, Medicare supplement insurance, custodial care insurance, and disability income insurance for me or any of my dependents, and (d) casualty insurance insuring assets of mine against loss or damage due to fire, theft, or other commonly insured risk; to pay all insurance premiums, to select any options under such policies, to increase coverage under any such policy, to borrow against any such policy, to pursue all insurance claims on my behalf, to adjust insurance losses; and the foregoing powers shall apply to private and public plans, including, without limitation, Medicare, Medicaid, and Workers' Compensation.

Initials:  _JS_     _MDB_
          Principal   Witness

8.      **Power to Provide for Principal's Support.** To do all acts necessary for maintaining my customary standard of living, to provide living quarters by purchase, lease or other arrangement, or by payment of the operating costs of my existing living quarters, including interest, amortization payments, repairs and taxes, to provide normal domestic help for the operation of my household, to provide clothing, transportation, medicine, food and incidentals, and if necessary to make all necessary arrangements, contractual or otherwise, for me at any hospital, hospice, nursing home, convalescent home or similar establishment, or in my own residence should I desire it, and to assure that all of my essential needs are provided for at such a facility or in my own residence, as the case may be.

Initials:  _JS_     _MDB_
          Principal   Witness

9.      **Income Tax Returns.** To prepare and file any federal, state or local income tax return on my behalf and to deal with any governmental agency with respect to any of my tax returns.

Initials:  _JS_     _MDB_
          Principal   Witness

10.     **Nomination of Guardian/Conservator.** While I hope that by executing this instrument I will have obviated the need for a guardianship and conservatorship of my person and of my estate, if it should become necessary for a guardian or conservator to be appointed for my person or for my estate, I nominate the Agent to so serve.

11.     **Alternate Agents.** If the Agent designated in the introductory paragraph of Article One above cannot serve or continue to serve or is unavailable to serve, I appoint _____, to serve as my Alternate Agent ("Alternate Agent"). No Alternate Agent shall be liable for any act or omission of the initial Agent.

12.     **Benefit to Agent.** My agent shall be entitled to reasonable compensation for any services provided as my Agent, which compensation shall be up to $_____ per hour. My agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of

3

this Power of Attorney.

Initials: _JS_   _MDB_

Principal   Witness

**13. General Power of Appointment.** Nothing in this instrument shall be construed as creating in the Agent a general power of appointment exercisable in its own behalf, or for the benefit of the Agent's estate, the Agent's creditors, or creditors of the estate of the Agent.

**14. Limitations on Authority.** The Agent shall not have any power to amend, alter, or revoke any will or codicil.

**15. Revocation of Prior Powers of Attorney.** I hereby revoke all powers of attorney, whether general or limited, previously granted by me as principal and terminate all agency relationships created thereunder, including, without limitation, those relationships of all successor agents named therein, if any, except any powers granted by me on forms provided by financial institutions granting the right to write checks or deposit funds to or withdraw funds from accounts to which I am a signatory or granting access to a safe deposit box shall not be hereby revoked, but shall continue to be in full force and effect.

**16. Ratification.** I hereby ratify and approve any act or failure to act of the Agent in good faith and any such act done by the Agent at any time, including but not limited to, any act done at any time at which I am disabled, incompetent or incapacitated or at any time at which there is uncertainty as to whether I am dead or alive, shall, unless otherwise invalid or unenforceable, have the same effect and bind me, my guardian, heirs, distributees, legatees, devisees, assignees, and personal representatives to the same extent as if I had been alive and not disabled, incapacitated, or incompetent at the time of such act.

**17. Protection for Third Parties.** Any person or entity acting without negligence and in good faith in reasonable reliance on this power of attorney shall not incur any liability thereby, nor shall the fact that time has elapsed since its execution prevent such persons or entity from reasonably relying on this instrument. Persons and entities shall place reasonable reliance on this power of attorney regardless of whether it has been filed for record and may request the issuance of an affidavit by the Agent on which the third party may rely.

**18. Governing Law.** The laws of the State of Arizona shall govern this power of attorney in all respects.

I, _Jimetha Scroggins_, the principal, sign my name to this Financial Durable General Power of Attorney this _05_ day of _February_, 2022, and being first duly sworn, do declare to the undersigned authority that I sign and execute this instrument as my Power of Attorney and that I sign it willingly, or willingly direct another to sign for me, that I execute it as my free and voluntary act for the

4

purposes expressed in the Financial Durable General Power of Attorney and I declare that I am eighteen years of age or older, of sound mind and under no constraint or undue influence

_____
Principal

WITNESS: I, _____, the witness, sign my name to the foregoing Financial Durable General Power of Attorney being first duly sworn and I do declare to the undersigned authority that the principal has signed and executed this instrument as his/ her power of attorney and that he/she signed it willingly, and that I, in the presence and hearing of the principal, signed this power of attorney as a witness to the principal's signing and that to the best of my knowledge the principal is eighteen years of age or older, of sound mind and under no constraint or undue influence.

Dated: 2-3-2022         *Miguel D Blannon*
                        Signature of Witness

                        Miguel D Blannon
                        Printed Name of Witness

STATE OF ARIZONA    )
                    ) ss.
County of  Pinal    )

Subscribed, sworn to, and acknowledged before me, the undersigned Notary Public, by _____, the principal, and subscribed, sworn to, and acknowledged before me by _____, witness, this ____ day of _____, 20__.

_____
Notary Public

Pursuant to 28 USC 1746(1)

I declare, certify and state under penalty of perjury under Laws of the United States of America the foregoing is true and correct.

Executed on this 4th day of February, 2022.

5

Form Made Fillable with eForms

# AFFIDAVIT
## OF SUPPORT OF COLLECTION AND ENFORCEMENT

"To the United States district court and United States marshals Service"

THAT I, Jimetha Scroggins was born on February 6, 1965 in Phoenix, Arizona certifies that this affidavit is executed on behalf of the following Person:

Name: JIMETHA SCROGGINS
Relationship to the Person: Flesh and Blood
City: Phoenix
State: Arizona

1.) THAT, Jimetha Scroggins, surety do surrender the Defendant, JIMETHA SCROGGINS at the location: A.S.P.C. Eyman/Unit Meadows, 4374 East Butte Avenue, Florence, Arizona 85132, to the marshals to be brought to the United States district court, district of Arizona upon review of attached presentments (or, immediately upon receipt of this affidavit).,

2.) THAT I, Jimetha Scroggins, is the affiant herein.,

3.) THAT, Jimetha Scroggins is a Living breathing man (Living Soul, living principal, Flesh and blood, divine-sentient being) who have never been tried, convicted and sentenced for any public violation and no evidence exist to the contrary in the

1.

records.,

4.) THAT, the affiant "hereinafter" claimant at law is the Third Party Plaintiff in the matters of Pinal County, CR20110 2364 and Maricopa County, CR1988-007565, who is the injured party in above-said matters.,

5.) THAT, defendant Jimetha Scroggins is principal and JIMETHA SCROGGINS obligor (hereinafter Surety) do deposit the Financial Power of Attorney, Promissory Note, Indemnity Bond, to settle and close both case account(s): Pinal County, CR201102364 and Maricopa County, CR1988-007565 via, the order re: bond exoneration-(AFV) and issue the order for release from the Arizona Department of Corrections immediately.,

6.) THAT, Jimetha Scroggins request the note in the motion entitled: Notice of Deposit of Financial Power of Attorney, Promissory Note, Indemnity Bond, Order Re: Bond Exoneration-(AFV), UCC-Financing Statements, Affidavit of Support of Collection and Enforcement be legally observed. The defendant issues hand written promissory note and indemnity bond, having no access to issue the same on bonded paper, and endorses the note and bond on the backside lower right hand corner, doing so "Without recourse/Without prejudice".,

2.

7.) THAT, the Claimant at law entrusted the issued copy of the UCC Financing Statements "illustrating" that he is secured party, with the 'Perfected Claim' and Secured 'Liened' Interest in the property: JIMETHA SCROGGINS.;

8.) THAT, Jimetha Scroggins upon agreement with Mr. Timothy Duane Eagleton did infact caused to be entrusted in the TIMOTHY DUANE EAGLETON TRUST and present to the United States district court, district of Arizona the Financing Statements which I am permitted to illustrate on behalf of my process caused to present to the court.;

9.) THAT, the request is a copy of the attachments be issued to the marshals by the surety.;

10.) THAT, Jimetha Scroggins can provide financial support for JIMETHA SCROGGINS and that he will not become a public charge to the Government and good citizens of the state of Arizona.;

11.) THAT, the Pinal County Superior Court is the venue having jurisdiction over both matters of Pinal County, CR201102364 and Maricopa County, CR1988-007565, having legally observed Maricopa County Washing Hands of CR1988-007565 and directing any further issue of JIMETHA SCROGGINS to Pinal

3

County Superior Court giving rise to the Honorable Robert Carter Olsen ability to give order in both Pinal County, CR201102364 and Maricopa County, CR1988-067565.,

12.) THAT, this affidavit aide the marshals in the collection and enforcement of the property, real or personal and presenting it forth to court upon surety request, who have already settled all financial aspects of the above-said matters.,

*Jimetha Scroggins*

Jimetha Scroggins in and for
JIMETHA SCROGGINS - Secured Party
(Organization)©™

Pursuant to 28 U.S.C § 1746 (1)

I declare, certify and state under penalty of perjury under the laws of the United States of America and the state of Arizona that this affidavit is true and correct.
Executed on this 04 day of February, 2022.

4